IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DANIEL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  19-CV-3233 |
| ) | |
| COMMISIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On October 2, 2019, Plaintiff filed his Complaint and paid all filing fees in full.   However, Plaintiff has not taken steps to perfect service on Defendant.   Federal Rule of Civil Procedure 4(m) directs that a plaintiff must serve a defendant within 90 days of filing of the Complaint. On December 31, 2019, the 90 days for service lapsed. Plaintiff was reminded of the 90-day rule by this Court's Text Order of January 23, 2020 and advised if service was not perfected, the case was subject to dismissal for want of prosecution.   The Court directed Plaintiff to file a status report by February 7, 2020 to show cause why the case should not be dismissed without prejudice for want of prosecution.   As of this date, Plaintiff has

failed to comply with Rule 4(m) or to make any response to the Court's January 23, 2020 Text Order. The Court recommends that Plaintiff's Complaint be dismissed without prejudice for want of prosecution pursuant to Rule 4(m).

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER:   March 6, 2020

    FOR THE COURT:

                              _____*s/ Tom Schanzle-Haskins*____
                                TOM SCHANZLE-HASKINS
                        UNITED STATES MAGISTRATE JUDGE